**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re: CRAFT CONSTRUCTION COMPANY, LLC,

the Debtor.

Chapter 11
Case No. 26-15967-CAP

---

# NOTICE OF RULE 2004 EXAMINATION

*(Document Production Only)*

***Production*****:** Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, Creditor, Taras S. Diakiwski requests that Craft Construction Company, LLC (the "Debtor") produce the documents, electronically stored information, or objects described on the attached Schedule A, who must permit inspection, copying, testing, or sampling of the materials on July 24, 2026 at 8 AM (CDT), at the office of Moorhead Law Group, PLLC located at 127 Palafox Place, Suite 200, Pensacola, Florida 32502. Under Local Rule 2004-1(d), subsections (b)(2)(B)–(E) of Fed. R. Civ. P. 34 apply to responses and objections to this request.

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary. If the examination is of a witness other than the debtor, a subpoena is attached to this notice.

Dated: June 30, 2026.

MOORHEAD LAW GROUP, PLLC

By:*/s/ Robert J. Powell*
**ROBERT J. POWELL**
Florida Bar No. 70318
**MATTHEW M. COUCH**
Florida Bar No. 0098916
**ETHAN C. GIBSON**
Florida Bar No. 1068831
Moorhead Law Group, PLLC
127 Palafox Place, Suite 200
Pensacola, FL 32502
(850) 466-4093 (Office)
(850) 477-0982 (Fax)
rpowell@moorheadlaw.com
mcouch@moorheadlaw.com
egibson@moorheadlaw.com
heidi@moorheadlaw.com
kblackman@moorheadlaw.com
*Attorneys for Creditor, Taras Diakiwski*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided electronically to all parties requesting e-service via the Court's CM/ECF System on 30th day of June 2026, including the following:

- Robert A. Ader, *Attorney for Lerner 299 NW 25thStreet LLC*
  rader@aderhittlaw.com

- Eric S. Golden, *Attorney for Truist Bank*
  egolden@burr.com; mlucca-cruz@burr.com

- Darren M. Grzyb, Attorney for Berkley Insurance Company
  dgrzyb@csglaw.com

- Bart A. Houston, Esq., *Attorney for Barry Craft*
  bhouston@houstonroderman.com; dschena@houstonroderman.com

- Jason Z. Jones, Esq., *Attorney for JA&M Developing Corp.*
  jjones@joneslawpa.com

- Alcyone Levy, *Attorney for HOVSITE III at Parkland, LLC;* and *HOVNANIAN JV Services Company, LLC*
  alevy@wshblaw.com

- Alexander Lewitt, *Attorney for Debtor*
  alex@elbizlaw.com; tisha@elbizlaw.com; virginia@elbizlaw.com

- Brett D Lieberman, *Attorney for Debtor*
  brett@elrolaw.com; eservice@elrolaw.com; tisha@elbizlaw.com; virginia@elbizlaw.com; denissis@elbizlaw.com

- D. Brett Marks, *Attorney for Parc 3363, LLC*
  brett.marks@akerman.com; charlene.cerda@akerman.com

- Aleida Martinez-Molina, A*ttorney for Sunshine Kitchens, LLC*
  Aleida@axslawgroup.com

- Kenneth Mather, *Attorney for Ocean Reef Club, Inc.*
  kmather@gunster.com; jcowzer@gunster.com; mweaver@gunster.com

- Zachary T McKinley, *Attorney for Skilled Staffing, LLC*
  zach.mckinley@arlaw.com; jessica.bowers@arlaw.com; philip.navarro@arlaw.com

- Stephen J Miller, *Attorney for Berkley Insurance Company*
  jmiller@mills-legal.com; csoltis@mills-legal.com; yvazquez@mills-legal.com

- Eules (Seth) A. Mills, Jr., *Attorney for Berkley Insurance Company*
  smills@mills-legal.com; csoltis@mills-legal.com;

yvazquez@mills-legal.com

- Sundeep K Mullick, *Attorney for Commercial Forming Corp. South; GM&P Consulting and Glazing Contractors, Inc.; Infinite Windows LLC; Larrabee Air Conditioning, Inc. d/b/a Kar & Larrabee Mechanical Contractors; Mousseri Painting, Inc.; PTE Systems International, LLC; Ready Windows Sales & Service Corp.; Triumph Construction & Remodeling Services, Inc.*
  smullick@barthet.com; mmasi@barthet.com; chosein@barthet..com

- Office of the United States Trustee
  USTPRegion21.MM.ECF@usdoj.gov

- David Samole, *Attorney for Grand Station Partners, LLC*
  das@kttlaw.com; rcp@kttlaw.com; ycc@kttlaw.com

- John Schank, *Attorney for United States Trustee*
  john.s.schank@usdoj.gov

- Zach B. Shelomith, *Attorney for Debtor*
  zbs@shelomith.law; info@shelomith.law; alt@shelomith.law;
  Shelomith.ZachB.B105131@notify.bestcase.com;
  zshelomith@ecf.inforuptcy.com

- Steven J. Solomon,
  *Attorney for Color Concepts/Galeana Painting & Drywall LLC*
  steven.solomon@gray-robinson.com;
  Ana.Marmanillo@gray-robinson.com

- Scott A Zuber, *Attorney for Berkley Insurance Company*
  szuber@csglaw.com

*/s/Robert J. Powell*
**ROBERT J. POWELL**