**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No. 26-15967-CAP** |
| **CRAFT CONSTRUCTION COMPANY LLC,** | **Chapter 11** |
| **Debtor.** | |

_____________________________________/

**NOTICE OF FILING REVISED CASH COLLATERAL BUDGET FOR OCTOBER THROUGH DECEMBER 2026**

**PLEASE TAKE NOTICE** that Craft Construction Company LLC, as debtor and debtor-in-possession in the above-captioned Chapter 11 case, hereby files the attached revised interim cash collateral budget for October through December 2026 in connection with the *Second Expedited Motion for Authorization to Continue Use of Cash Collateral* (Dkt. No. 149).

**Dated: October 12, 2026**

**EDELBOIM LIEBERMAN PLLC**
*Co-Counsel for the Debtor*
2875 NE 191st St., Penthouse One
Miami, FL 33180
Telephone: (305) 768-9909
Facsimile: (305) 928-1114
Email: brett@elrolaw.com
Email: alex@elbizlaw.com

*By: /s/ Alexander Lewitt*
Brett D. Lieberman, Esq. (FBN 69583)
Alexander Lewitt, Esq. (FBN 1048121)

# Exhibit A

## Revised Cash Collateral Budget

# Craft Construction Company, LLC
## (Revised) Cash Collateral Budget — October–December 2026

| | OCTOBER 2026 | NOVEMBER 2026 | DECEMBER 2026 |
|---|---|---|---|
| **Beginning Balance** | **104,865.00** | **249,677.81** | **176,021.65** |
| **Receipts / Sales** | | | |
| Aletto | 4,630,732.00 | 4,689,246.00 | 4,662,245.00 |
| ORC Spa Expansion | 1,214,454.64 | - | - |
| ORC Spa Renovation | 840,175.20 | - | - |
| PARC | - | - | - |
| **Total Monthly Receipts** | **6,685,361.84** | **4,689,246.00** | **4,662,245.00** |
| **Total Cash Available** | **6,790,226.84** | **4,938,923.81** | **4,838,266.65** |
| **Project Costs (including project payroll)** | | | |
| Aletto | 4,445,502.72 | 4,501,676.16 | 4,475,755.20 |
| ORC Spa Expansion | 1,093,009.18 | - | - |
| ORC Spa Renovation | 756,157.68 | - | - |
| PARC | - | - | - |
| **Total Project Costs** | **6,294,669.58** | **4,501,676.16** | **4,475,755.20** |
| **50000 · Non-Project / Overhead Expenses** | | | |
| 60400 · Bank Service Charges | 250.00 | 250.00 | 250.00 |
| 61900 · Computers and Software | 1,250.00 | 1,250.00 | 1,250.00 |
| 62100 · Copier Lease and Maintenance | 600.00 | 600.00 | 600.00 |
| 62500 · Dues and Subscriptions | 250.00 | 250.00 | 250.00 |
| 62600 · Electricity | 500.00 | 500.00 | 500.00 |
| 62650 · Estimating Expenses | 250.00 | 250.00 | 250.00 |
| 63450 · Health Insurance | 5,000.00 | 5,000.00 | 5,000.00 |
| 64200 · Marketing | - | - | 62,500.00 |
| 64300 · Meals and Entertainment | 1,000.00 | 1,000.00 | 1,000.00 |
| 65500 · Office Supplies | 500.00 | 500.00 | 500.00 |
| 65500 · Payroll Taxes | 4,000.00 | 4,000.00 | 4,000.00 |
| 66300 · Postage and Overnight Delivery | 125.00 | 125.00 | 125.00 |
| 66400 · Barry Craft Payroll | 25,000.00 | 25,000.00 | 25,000.00 |
| 66500 · Office Staff Salary Expense | 21,000.00 | 21,000.00 | 21,000.00 |
| 67100 · Rent Expense | 6,426.00 | 6,426.00 | 6,426.00 |
| 68100 · Telephone Expense | 1,500.00 | 1,500.00 | 1,500.00 |
| 68500 · Vehicle Expense | 2,000.00 | 2,000.00 | 2,000.00 |
| 68550 · Auto Insurance Premium | 1,075.00 | 1,075.00 | 1,075.00 |
| **Total Non-Project / Overhead Expenses** | **70,726.00** | **70,726.00** | **133,226.00** |
| **U.S. Trustee Fees** | **84,041.00** | **80,000.00** | **-** |
| **Professional Fees** | | | |
| Bankruptcy Counsel | 30,612.45 | 50,000.00 | 50,000.00 |
| Special Litigation / Other Outside Legal | 19,000.00 | 19,000.00 | - |
| In-house General Counsel | 12,000.00 | 12,000.00 | 12,000.00 |
| 66700 · CPA | 4,500.00 | 4,500.00 | 4,500.00 |
| **Total Professional Fees** | **66,112.45** | **85,500.00** | **66,500.00** |
| **Truist Payments** | **25,000.00** | **25,000.00** | **150,000.00** |
| **Other Plan / Administrative Payments** | **-** | **-** | **-** |
| **Total Monthly Disbursements** | **6,540,549.03** | **4,762,902.16** | **4,825,481.20** |
| **Ending Balance** | **249,677.81** | **176,021.65** | **12,785.45** |